UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO.  3:24-CR-00151 |
| v. | ) | |
| | ) | |
| MATTHEW KNOOT | ) | |
| | ) | MAGISTRATE JUDGE FRENSLEY |

### ORDER TO UNSEAL INDICTMENT

The Court is in receipt of an Indictment and Arrest Warrants in the above styled case. The Court is also in receipt of a Motion by the United States requesting that the Indictment, Arrest Warrant, and attendant documents be unsealed .

For the cause stated in the Government's Motion, the Motion is GRANTED. The Indictment, Arrest Warrants and attendant documents (including the Government's Motion and this Order) shall be unsealed.

It is so ORDERED.

_____
JEFFREY S. FRENSLEY
United States Magistrate Judge