MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. __Matthew Knoot_____, No. __3:24-cr-151__

**ATTORNEY FOR GOVERNMENT:** __Josh Kurtzman_____

**ATTORNEY FOR DEFENDANT:** __Jessica Dragonetti for David Fletcher__ (AFPD)  Panel  Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** __Tiana Rock_____

**INTERPRETER NEEDED?**  YES  ☒NO  LANGUAGE/INTERPRETER: _____
☐ PRESENT  ☐ ON TELEPHONE

☒ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☒ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☒ ARRESTED ON: __08.08.24__
  DEFENDANT HAS A COPY OF:
  ☐ Complaint  ☒ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
  ☒ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
  ☒ Defendant advised of right to counsel       ☐ Counsel retained
  ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☒ FPD Appointed
  ☒ Defendant advised of right to silence    ☐ Defendant advised of right to **Consular notification**
  ☒ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
  ☐ Defendant waived rights under IAD           ☐ Defendant to be returned to State custody
  ☐ Government motion for detention             ☐ Defendant temporarily detained
  ☐ Defendant waived detention hearing          ☐ ICE detainer on defendant
  ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody
  ☐ Defendant remain on current conditions of supervised release
  ☐ Defendant ordered to psychological/psychiatric evaluation
  ☒ Defendant released on:
    ☒ Own recognizance with conditions of release  ☒ standard  ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
  ☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
  ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
  ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
☒ **ARRAIGNMENT**
  ☒ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
  ☒ Defendant waives reading thereof        ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY   ☒ NOT GUILTY      ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** __08.08.24__          **TOTAL TIME:** __15 minutes__
**BEGIN TIME:** __1:31 p.m.__   **END TIME:** __1:46 p.m.__
*Digitally Recorded* ✓
*VIDEO CONFERENCE* ✓
Form Revised 2/9/2018           Page 1 of 1