UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:24-cr-00151 |
| | ) JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) |

## ORDER

The pretrial conference, or alternatively the plea hearing in this case, is rescheduled for **October 7, 2024, at 5:00 p.m.**

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE