UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:24-cr-00151 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT ) | |

## MOTION FOR A TELEPHONIC STATUS CONFERENCE

The Government respectfully moves this Court to set a telephonic status conference in this matter, in order to discuss the December 17, 2024 trial date and accompanying deadlines.

Respectfully submitted,
THOMAS J. JAWORSKI
Acting United States Attorney for the
Middle District of Tennessee

/s *Joshua Kurtzman*
JOSHUA KURTZMAN
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Fax: (615) 401-6626

## CERTIFICATE OF THE SERVICE

I certify that a true and correct copy of the foregoing was filed on October 17, 2024 with the Clerk via CM/ECF and that a copy will be sent to defense counsel of record, David Fletcher, via CM/ECF

s/*Josh Kurtzman*
Josh Kurtzman
Assistant U.S. Attorney