UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number 3:24-cr-00151 |
| ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT ) | |

## **ORDER**

The Government's Motion for a Telephonic Status Conference (DE 19) is GRANTED. A conference call is rescheduled for Friday, October 25, 2024, at 3:00 p.m.

Counsel may access the conference call by dialing 877-402-9757. When prompted, enter the access code of 3785916 followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE