UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-cr-00151 |
| | ) | |
| | ) | JUDGE RICHARDSON |
| MATTHEW KNOOT | ) | |

### MOTION TO CONTINUE TELEPHONIC STATUS CONFERENCE

COMES NOW the United States of America, by and through Thomas J. Jaworski, Acting United States Attorney, and the undersigned Assistant United States Attorney, Joshua A. Kurtzman, and moves this court to continue the scheduled telephonic status conference for one week. Defense counsel has expressed that he does not object to this continuance. Accordingly, the United States asks the Court to re-set the status conference for Friday, November 1, 2024, at 10:00 a.m.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By: *s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
Assistant U. S. Attorney
716 Church Street – Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-401-6617

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System, on October 25, 2024.

*s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
Assistant United States Attorney