UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:24-CR-00151 |
| | ) JUDGE RICHARDSON |
| v. | ) |
| | ) |
| MATTHEW ISSAC KNOOT | ) |

## NOTICE TO COURT REGARDING CONTINUANCE

Through counsel, Matthew Knoot notifies this Court that his does not object to a continuance in this case. The notice is filed contemporaneously with a signed, speedy trial waiver.

Respectfully submitted,

s/ *David Fletcher*
DAVID FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-695-6951
David_fletcher@fd.org

Attorney for Matthew Knoot

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2024, I electronically filed the foregoing Notice Regarding Continuance with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua A. Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                        s/ *David Fletcher*
                                        DAVID FLETCHER