# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

)
**UNITED STATES OF AMERICA**
V.

| | |
|---|---|
| MATTHEW ISAAC KNOOT | |

(list each defendant appearing at hearing)

) Case No.: 3:24-cr-00151
)
) Judge: Eli Richardson
)
) Hearing Date: 11/1/2024
)
) Location: ☑ Nashville  ○ Columbia  ○ Cookeville
)
) Court Reporter: Debbie Watson
)
) Court Interpreter: 
)

## CRIMINAL MINUTES

Government Attorney(s): Joshua Kurtzman

Defense Attorney(s): David Fletcher

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☑
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1. 
2. 
3. 
4. 
5. 
6. 
Alt 1. 

7. 
8. 
9. 
10. 
11. 
12. 
Alt 2. 

COMMENTS:

Telephone conference held – Joint unopposed motion to continue granted, pending filing of Waiver of Speedy Trial. Trial continued to April 1, 2024 and pretrial conference continued to March 24, 2025 at 10:00 a.m. Order to enter.

Total Time in Court: 17 Minutes

Clerk of Court
by: Julie Jackson

Reset Form