**ORDER**
If (and only if) the motion is unopposed, the Government shall file a notice so stating.  Otherwise, the Court will await Defendant's response in opposition.  IT IS SO ORDERED.   *Eli Richardson*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | No. 3:24-CR-00151 |
| v.       ) | JUDGE RICHARDSON |
| ) | |
| **MATTHEW ISSAC KNOOT**    ) | |
| ) | |

### GOVERNMENT'S MOTION FOR A PRETRIAL CONFERENCE PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT, SUPPORTING MEMORANDUM OF LAW, AND MOTION TO DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America, by and through undersigned counsel, respectfully moves this Court for a pretrial conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III.  In support of its motion, the government submits this memorandum of law to provide the Court with a detailed description of the procedures mandated by the CIPA for protecting classified information.

In addition, the government respectfully moves the Court for an Order designating a Classified Information Security Officer ("CISO") to assist the Court and Court personnel in the handling of any motions pursuant to CIPA and implementing any orders relating to the matter.  The CISO will also assist in the processing of any necessary security clearances for the Court.  A proposed order designating a CISO will be filed with this motion.

### I.  CASE BACKGROUND

The indictment in this case charges the defendant MATTHEW ISAAC KNOOT with conspiracy to cause damage to protected computers, conspiracy to commit money laundering,