UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:24-CR-00151 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| MATTHEW ISSAC KNOOT ) | |
| ) | |

## ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICERS

The United States has filed a motion to designate a Classified Information Security Officer, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established by the Chief Justice of the United States pursuant to Section 9 of CIPA.

Accordingly, this Court designates Mr. William S. Noble as the Classified Information Security Officer in this case, to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice. This Court further designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Noble is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr Kurtov, Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

Dated: December 5, 2024

*Eli Richardson*
Honorable Eli Richardson
United States District Judge