UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number 3:24-cr-00151 |
| ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT ) | |

## **ORDER**

In a prior order (Doc. No. 34), the Court granted the latter of the two motions contained in the "Government's Motion for a Pretrial Conference Pursuant to the Classified Information Procedures Act ["CIPA"] . . . and Motion to Designate a Classified Information Security Officer" (Doc. No. 31). The Court now hereby GRANTS the former motion, without opposition.

Accordingly, on **January 14, 2025, at 10:00 a.m.**, the Court will hold a pretrial conference pursuant to Section 2 of CIPA to consider matters relating to the applicability of CIPA to discovery in this case.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE