UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:24-cr-00151 |
| ) | Judge Richardson |
| MATTHEW KNOOT ) | |

## MOTION TO CONTINUE HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, Joshua Kurtzman, and respectfully requests a continuance of the pretrial conference scheduled for January 14, 2025 at 10:0 a.m.

The United States moves for a continuance of the scheduled hearing due to the fact that the undersigned's co-counsel, Gregory Nicosia, will not be in Nashville that week. However, Mr. Nicosia will be in Nashville January 29 – 31, 2025, for trial preparation and wishes to minimize the amount of travel needed. The undersigned has conferred with opposing counsel and propose that the date be continued to January 29, 2025 at 1:00 p.m or at another mutually convenient time while Mr. Nicosia will be in Nashville.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney
for the Middle District of Tennessee

*/s Joshua Kurtzman*
Joshua Kurtzman
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
(615)736-5151

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was served through the Court's Electronic Filing System on David Fletcher, attorney for defendant, on January 1, 2025..

                                            ***/s Joshua Kurtzman***
                                            Joshua Kurtzman
                                            Assistant U. S. Attorney