REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:24-cr-00151

UNITED STATES OF AMERICA

V.

Judge: Eli Richardson

Hearing Date: 1/29/2025

MATTHEW ISAAC KNOOT

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Debbie Watson

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Gregory Nicosia

Defense Attorney(s): David Fletcher

## TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☑
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Pretrial conference held pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"). Government to file a motion for an ex parte hearing under Section 4 of CIPA by February 18, 2025. Discussions held regarding likelihood of a defense motion to continue. No order to enter.

Total Time in Court: 9 Minutes

Clerk of Court
by: Julie Jackson