UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )     NO. 3:24-cr-00151 |
| v. | ) |
| | )     JUDGE RICHARSON |
| MATTHEW ISAAC KNOOT | ) |

## JOINT MOTION FOR A STATUS CONFERENCE

The parties respectfully jointly move this Court to set a status conference in this matter, in order to discuss the June 24, 2025 trial date and accompanying deadlines.

 

Respectfully submitted,
ROBERT E. McGUIRE
Acting United States Attorney for the
Middle District of Tennessee

/s *Joshua Kurtzman*
JOSHUA KURTZMAN
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Fax: (615) 401-6626

*s/ Gregory Nicosia*
GREGORY NICOSIA
Trial Attorney
950 Penn Ave, NW, Room 6748
Washington D.C. 20530

## CERTIFICATE OF THE SERVICE

      I certify that a true and correct copy of the foregoing was filed on February 25, 2025 with the Clerk via CM/ECF and that a copy will be sent to defense counsel of record, David Fletcher, via CM/ECF

                                              s/*Joshua Kurtzman*
                                              JOSHUA KURTZMAN
                                              Assistant U.S. Attorney

2

Case 3:24-cr-00151    Document 42    Filed 02/25/25    Page 2 of 2 PageID #: 113