UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number 3:24-cr-00151 |
| | ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) | |

### ORDER

Defendant's Unopposed Motion to Reset Status Conference (Doc. No. 44) is granted. The telephonic status conference is rescheduled for March 4, 2025, at 11:00 a.m.

Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273, followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE