UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:24-cr-00151 |
| | ) | |
| MATTHEW ISAAC KNOOT | ) | |

## NOTICE

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, hereby gives notice that Assistant United States Attorney Joshua Kurtzman no longer has a trial conflict and the United States is prepared to proceed with the currently set trial date and related deadlines.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

*/s/ Joshua Kurtzman*
Joshua Kurtzman
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

*/s/ Gregory Nicosia*
Gregory Nicosia
Trial Attorney
950 Penn Ave, NW, Room 6748
Washington D.C. 20530

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was filed on March 18, 2025, with the Clerk of Court via CM/ECF and that a copy will be sent to defense counsel of record, David Fletcher, via CM/ECF.

*/s/ Joshua Kurtzman*
Joshua Kurtzman
Assistant United States Attorney