# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-CR-00151 |
| | ) | JUDGE RICHARDSON |
| | ) | |
| MATTHEW ISSAC KNOOT | ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Through counsel, Matthew Issac Knoot moves this Honorable Court to allow him to file, under seal, exhibits for the defendant's Motion to Suppress.

The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the documents contain confidential and sensitive information, and defense counsel therefore requests that the documents be placed under seal.

Respectfully submitted,

s/ *David Fletcher*
DAVID FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-695-6951
David_fletcher@fd.org

Attorney for Matthew Issac Knoot

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2025, I electronically filed the foregoing *Motion for Leave to File Document Under Seal* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                s/ *David Fletcher*
                                DAVID FLETCHER

N