UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case Number 3:24-cr-00151 |
| | ) | JUDGE RICHARDSON |
| MATTHEW ISAAC KNOOT | ) | |

## **ORDER**

Defendant's Motion for Leave to File Document Under Seal (Doc. No. 49) is granted.

The Clerk is directed to place Docket Numbers 50-1 and 50-2 under seal, as these are the only documents as to which sealing actually was sought. The document at Docket Number 50 requires no sealing because it was not a subject of the sealing request and is duplicative of Docket Number 49 (which was not filed under seal).[1]

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

1 The Court notes that although this document did serve a purpose as filed at Docket No. 49, it serves no discernible purpose as filed at Docket Number 49.