UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:24-CR-00151 |
| ) | JUGDE RICHARDSON |
| v. ) | |
| ) | |
| MATTHEW ISSAC KNOOT ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Through undersigned counsel, Matthew Knoot moves this Court to enter an order extending the deadline to file a reply to the United States's response (D.E. 52) by one week. In support of this motion, Mr. Knoot asserts the following:

1. Pending before this Court is Mr. Knoot's Motion to Suppress Evidence, filed on April 4, 2025. (D.E. 21)

2. After the United States filed its response on April 14, 2025, undersigned began drafting a reply.

3. The Court previously ordered all replies to be filed within seven days of a response, should the movant choose to file a response. (See D.E. 41)

4. Counsel requests this continuance due to other work-related deadlines that unexpectedly arose last week. Counsel expects to file the reply by the end of the week.

5. Undersigned has conferred with opposing counsel, Joshua Kurtzman, who stated he does not oppose this motion.

Based on the foregoing, Mr. Knoot requests this Court grant his motion and enter an order extending the deadline to file a reply by seven days.

Respectfully submitted,

s/ *David Fletcher*
DAVID FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-695-6951
David_fletcher@fd.org

Attorney for Matthew Knoot

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 21, 2025, I electronically filed the foregoing *Unopposed Motion for Extension of Time to File Reply* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Josh Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

                                       s/ *David Fletcher*
                                       DAVID FLETCHER