**ORDER**
The Motion (Doc. No. 53) is granted.
IT IS SO ORDERED.

*Eli Richardson*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:24-CR-00151** |
| | ) | **JUDGE RICHARDSON** |
| **v.** | ) | |
| | ) | |
| **MATTHEW ISAAC KNOOT** | ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

Through undersigned counsel, Matthew Knoot moves this Court to enter an order extending the deadline to file a reply to the United States's response (D.E. 52) by one week. In support of this motion, Mr. Knoot asserts the following:

1. Pending before this Court is Mr. Knoot's Motion to Suppress Evidence, filed on April 4, 2025. (D.E. 21)

2. After the United States filed its response on April 14, 2025, undersigned began drafting a reply.

3. The Court previously ordered all replies to be filed within seven days of a response, should the movant choose to file a response. (See D.E. 41)

4. Counsel requests this continuance due to other work-related deadlines that unexpectedly arose last week. Counsel expects to file the reply by the end of the week.

5. Undersigned has conferred with opposing counsel, Joshua Kurtzman, who stated he does not oppose this motion.

Based on the foregoing, Mr. Knoot requests this Court grant his motion and enter an order extending the deadline to file a reply by seven days.