UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | **Case No. 3:24-cr-00151** |
| v. | ) | **JUDGE RICHARDSON** |
| | ) | |
| | ) | |
| MATTHEW KNOOT | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Through counsel, Matthew Knoot respectfully requests this Honorable Court continue the sentencing hearing, currently scheduled for February 2, 2026 for forty-five (45) days. In support this this request, Mr. Knoot would state the following:

1. Mr. Turner appeared before this Court on September 29, 2026, and changed his plea to guilty pursuant to a plea agreement between the parties. (D.E. 117) On that same day, the Court set for sentencing a hearing to be held on February 2, 2026. (D.E. 120)

2. The parties received a copy of the presentence investigation report ("PSR") on December 30, 2025. Undersigned counsel has met with Mr. Knoot to review. As a result of that review, counsel expects to file multiple objections to the report.

3. More importantly, the defense team is still gathering mitigation evidence to support its sentencing position.

4. Undersigned is also preparing for a trial before Judge Campbell. That trial is slated to begin on Febrary 3, 2026. Due to trial preparation and other work-related deadlines, counsel will not have enough time to prepare for Mr. Knoot's sentencing hearing.

5. Undersigned counsel has conferred with AUSA, Gregory Nicosia, who states that he consents to the requested contiuance.

**WHEREFORE**, for the above and foregoing reasons, it is respectfully prayed that this

Honorable Court enter an order continuing the sentencing hearing for 45 days.

Respectfully submitted,

/s/ *David K. Fletcher*
DAVID K. FLETCHER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail:  David_Fletcher@fd.org

Attorney for Matthew Knoot

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I electronically filed the foregoing *Motion to Continue Sentencing Hearing* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Greg Nicosia, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

/s/ *David K. Fletcher*
DAVID K. FLETCHER